**FILED**

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

SEP 3 0 2013

Phil Lombardi, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 13-CV-462-CVE-FHM |
| ) | |
| DENNIS J. HULETT, et al ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS HULETT RESPONSE TO THE
## COUNTERCLAIM OF THE OKLAHOMA TAX COMMISSION

Comes now Defendants Dennis J. Hulett and Ada Hulett (hereinafter referred to jointly as Defendants Hulett), filing for ourselves presently without legal representation, and in response to the Counterclaim of the Defendant Oklahoma Tax Commission would show the Court as follows:

1. Defendants Hulett maintain that the tax warrant filings of the Oklahoma Tax Commission (the OTC) are for estimated tax filings for the business Bankruptcy Law Center which was out of business and with no employees for the periods claimed by the OTC and wishes to present evidence to the Court fort its position, and demands that the OTC in turn presents proof supporting its claim that the tax warrants filed were legal and valid in all aspects.

Defendants Hulett request that this Court examine all evidence to consider what parts of the counterclaim of the OTC are valid and prior to the claim of the IRS, reducing any part of the OTC's claim which was incorrectly assessed at the time.

Respectfully submitted this 30th day of September, 2013.

_____  
Dennis J. Hulett, Defendant  
1344 E. 37th St.  
Tulsa, OK 74105  
E-mail: dolphinbayfilms@aol.com  
(918) 640-1201

_____  
Ada Hulett, Defendant  
1344 E. 37th St.  
Tulsa, OK 74105  
(918) 381-2836

## CERTIFICATE OF SERVICE

Dennis Hulett states that a true and correct copy of the foregoing was placed in the U.S. mail with proper postage affixed addressed to:

Sean R. McFarland  
Assistant General Counsel  
120 N. Robinson, Suite 2000W  
Oklahoma City, OK 73102-7471

Danny C. Williams, Sr.,  
United States Attorney  
Russell J. Edelstein  
Trial Attorney, Tax Division  
U.S. Dept. of Justice  
P.O. Box 7238  
Ben Franklin Station  
Washington, D.C. 20044

_____  
Dennis J. Hulett